# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-2686
LT Case No. 2018-103364-CFDL

———————————————

PHILLIP R. HARPER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

3.850 Appeal from the Circuit Court for Volusia County.
Kathleen McNeilly, Judge.

Andrea Flynn Mogensen, of Law Office of Andrea Flynn Mogensen, Sarasota, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Appellee.

November 25, 2025


PER CURIAM.

AFFIRMED.

WALLIS, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____